IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-cv-575-WWB-MCR

LAVERANUES COLES, and
TROUBLE LIVIN LIFE, LLC,
a Florida Limited Liability Company,

    Plaintiffs,

vs.

KONICEK & DILLON, P.C.,
an Illinois professional corporation, and
AMIR TAHMASSEBI, ESQ.,

    Defendants.
_____/

### PLAINTIFF'S DISCLOSURE STATEMENT
### UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

   ☒ No.

   ☐ Yes, and

       ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

       ☐ The filer has no parent corporation.

       ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

   ☐ No.

☒   Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

1. Laveranues Coles (Plaintiff) [Florida]
   145 Kapalua Place
   Saint Johns, FL 33259

2. Trouble Livin Life, LLC (Plaintiff) [Florida]
   80 Coles Court
   St. Johns, FL 32259

3. Konicek & Dillon P.C. (Defendant) [Illinois]
   21 West State Street
   Geneva, IL 60124

4. Amir Tahmassebi, Esq. (Defendant) [Illinois]
   21 West State Street
   Geneva, IL 60124

a.   Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐   No.

☒   Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.   Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐   No.

☒   Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.   Is the filer an insurer?

☒   No.

2

    ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

  d.  Is the filer a legal representative?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

  e.  Has the filer identified any corporation?

    ☐    No.

    ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

  f.  Has the filer identified any natural person?

    ☐    No.

    ☒    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.  Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    1.  Katzman, Wasserman, Bennardini & Rubinstein, P.A.
       (Attorney for Plaintiffs)
       7900 Glades Road, Suite 140
       Boca Raton, Florida 33434

    2.    Steven M. Katzman, Esquire (Attorney for Plaintiffs)
7900 Glades Road, Suite 140
Boca Raton, Florida 33434

    3.    Charles J. Bennardini, Esquire (Attorney for Plaintiffs)
7900 Glades Road, Suite 140
Boca Raton, Florida 33434

    4.    Steven Lammers
Mandel Rauch & Lammers, P.C.
704 Adams Street, Suite F
Carmel, IN 46032

    5.    Mandel Rauch & Lammers, P.C.
704 Adams Street, Suite F
Carmel, IN 46032

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.

    ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒    No.

    ☐    Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

Dated: June 12, 2024.

    KATZMAN WASSERMAN
    BENNARDINI & RUBINSTEIN, P.A.
    *Counsel for Plaintiff*
    7900 Glades Road, Suite 140
    Boca Raton, Florida 33434
    Tel.: (561) 477-7774
    Fax: (561) 477-7447

    By:    */s/ Steven M. Katzman*
    STEVEN M. KATZMAN, ESQ.
    Florida Bar No.: 375861
    smk@kwblaw.com
    mrm@kwblaw.com
    CHARLES J. BENNARDINI, ESQ.
    Florida Bar No. 694241
    cjb@kwblaw.com
    jam@kwblaw.com