IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:24-cv-575-WWB-MCR

LAVERANUES COLES, and
TROUBLE LIVIN LIFE, LLC,
a Florida Limited Liability Company,

    Plaintiffs,

vs.

KONICEK & DILLON, P.C.,
an Illinois professional corporation, and
AMIR TAHMASSEBI, ESQ.,

    Defendants.
_____/

## PLAINTIFFS' DISCLOSURE OF EXPERT REPORT

Pursuant to this Court's Case Management and Scheduling Order filed September 4, 2024 (Document 22), Plaintiffs Laveranues Coles and Trouble Livin Life, LLC file the attached expert reports of Gary S. Edinger, Esquire (attached hereto as Exhibit "A") and David Shindel, CPA (attached hereto as Exhibit "B").

Pursuant to *Fed. R. Civ. P.* 56(c)(1), the attached Reports are filed in support of Plaintiffs' Response in Opposition to Defendants Konicek & Dillon, P.C. and Amir Tahmassebi, Esq.'s Motion for Summary Final Judgment and Incorporated Supporting Memorandum of Law [D.E. 30] which response will be filed on or before June 13, 2025.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 3, 2025, I served the foregoing document by email upon John Osgathorpe, Esq., Taylor R. McMahon, Esq., Taylor Day Law, 50 North Laura Street, Suite 3500, Jacksonville, FL 32202, jdo@taylordaylaw.com, lad@taylordaylaw.com, hmaxwell@taylordaylaw.com, tmcmahon@taylordaylaw.com.

                       KATZMAN, WASSERMAN,
                       BENNARDINI & RUBINSTEIN, P.A.
                       7900 Glades Road, Suite 140
                       Boca Raton, Florida 33434
                       Tel.: (561) 477-7774
                       Fax: (561) 477-7447

By: _____
       STEVEN M. KATZMAN
       Fla. Bar No.: 375861
       smk@kwblaw.com; mrm@kwblaw.com
       CHARLES J. BENNARDINI
       Fla. Bar No.: 694241
       cjb@kwblaw.com; jam@kwblaw