IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

LAVERANUES COLES, and
TROUBLE LIVIN LIFE, LLC,

    Plaintiffs,

vs.

CASE NO.: 3:24-cv-575-WWB-MCR

KONICEK & DILLON, P.C., and
AMIR TAHMASSEBI, ESQ.,

    Defendants.
_____/

## PLAINTIFFS LAVERANEUS COLES' AND TROUBLE LIVIN LIFE, LLC'S REQUEST FOR JUDICIAL NOTICE

Pursuant to Fed. R. of Evid. 201, Plaintiffs Laveranues Coles and Trouble Livin Life, LLC request that this Court take judicial notice of adjudicative facts. This Request for Judicial Notice involves judicial notice of documents filed in this Court and in the United States Court of Appeals for the Eleventh Circuit. It is also request for judicial notice as to documents filed in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, and in the First District Court of Appeal, State of Florida. This request for the Court to take judicial notice is to establish the facts of the rulings and the holdings set forth in the following documents:

**Federal:**

    1.    Complaint for Injunctive and Other Relief and Demand for Jury Trial [DE 1], filed on **December 28, 2015**, Middle District of Florida (Jacksonville Division) in the matter of *Laveranues Coles, et al. v. City of Jacksonville*, Case No. 3:15-cv-1521-J-34PDB;

    2.    Defendant City of Jacksonville's Answer and Affirmative Defenses [DE 4], filed on **March 7, 2016**, Middle District of Florida (Jacksonville Division) in the

matter of *Laveranues Coles, et al. v. City of Jacksonville,* Case No. 3:15-cv-1521-J-34PDB;

3. Order [DE 64] on Plaintiffs' Motion for Partial Summary Judgment (Doc. 53), filed on May 1, 2017, and Defendant's Motion for Summary Judgment (Doc. 50), filed on May 1, 2017, **issued on December 7, 2017**, Middle District of Florida (Jacksonville Division) in the matter of *Laveranues Coles, et al. v. City of Jacksonville,* Case No. 3:15-cv-1521-J-34PDB;

4. Order [DE 67] Denying Plaintiff's Motion for Reconsideration of the Court's December 7, 2017 Order (Doc. 65, Motion), **issued on April 3, 2018**, Middle District of Florida (Jacksonville Division) in the matter of *Laveranues Coles, et al. v. City of Jacksonville,* Case No. 3:15-cv-1521-J-34PDB;

**Appellate:**

5. Opinion of the United States Court of Appeals for the Eleventh Circuit [DE 73]**, issued on April 24, 2019**, in the matter *Laveranues Coles, et al. v. City of Jacksonville*, Appeal No. 18-11736;

6. Per Curiam Opinion, **issued on November 14, 2022,** in the District Court of Appeal of Florida, First District in the matter of *Laveranues Coles, et al. v. City of Jacksonville*, Appeal No. 1D21-3099;

**State:**

7. Corrected Complaint [DE 2], filed on **December 22, 2017**, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, in the matter of *Laveranues Coles, et al. v. City of Jacksonville*, Case No. 16-2017-CA-007868;

8. Defendant City of Jacksonville's Answer and Affirmative Defenses to Corrected Complaint [DE 8], filed on **May 7, 2018**, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, in the matter of *Laveranues Coles, et al. v. City of Jacksonville*, Case No. 16-2017-CA-007868; and

9. Order Granting City of Jacksonville's Motion for Summary Judgment [DE 50], **issued on September 10, 2021,** in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, *Laveranues Coles, et al. v. City of Jacksonville*, Case No. 16-2017-CA-007868.

All above-referenced court documents are attached hereto to satisfy Fed. R. of Evid. 201(c)(2).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6th, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

        KATZMAN, WASSERMAN,
        BENNARDINI & RUBINSTEIN, P.A.
        7900 Glades Road, Suite 140
        Boca Raton, Florida 33434
        Tel.: (561) 477-7774
        Fax: (561) 477-7447

By: _____
        STEVEN M. KATZMAN
        Fla. Bar No.: 375861
        smk@kwblaw.com; mrm@kwblaw.com
        CHARLES J. BENNARDINI
        Fla. Bar No.: 694241
        cjb@kwblaw.com; jam@kwblaw

K:\Coles. Laveranues\Pleadings (#575)\Request for Judicial Notice.wpd