Doc # 2022296336, OR BK 20516 Page 1522, Number Pages: 3,
Recorded 12/05/2022 03:45 PM, JODY PHILLIPS CLERK CIRCUIT COURT DUVAL COUNTY

# MANDATE

from

## FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

This case having been brought to the Court, and after due consideration the Court having issued its opinion;

YOU ARE HEREBY COMMANDED that further proceedings, if required, be had in accordance with the opinion of this Court, and with the rules of procedure, and laws of the State of Florida.

WITNESS the Honorable Lori S. Rowe, Chief Judge, of the District Court of Appeal of Florida, First District, and the seal of said Court at Tallahassee, Florida, on this day.

December 01, 2022

Laveranues Coles and Trouble Livin Life, LLC v.
City of Jacksonville

DCA Case No.: 1D21-3099
Lower Tribunal Case No.: 2017-CA-007868

KRISTINA SAMUELS, CLERK
District Court of Appeal of Florida, First District

gl
Mandate and opinion to: Hon. Jody Phillips, Clerk
cc: (without attached opinion)

Craig D. Feiser, AGC              Douglas C. Broeker
Jason Gabriel                     Jason Teal, GC
Justin B. Kaplan                  Kadisha Phelps

FILED DEC 05 2022
DUVAL CLERK OF COURT

OR BK 20516 PAGE 1523

# First District Court of Appeal
# State of Florida

No. 1D21-3099

LAVERANUES COLES and
TROUBLE LIVIN LIFE, LLC,

    Appellants,

v.

CITY OF JACKSONVILLE,

    Appellee.

On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

November 14, 2022

PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and TANENBAUM, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

I CERTIFY THE ABOVE
TO BE A TRUE COPY

KRISTINA SAMUELS, CLERK
DISTRICT COURT OF APPEAL
FIRST DISTRICT

Douglas C. Broeker and Kadisha D. Phelps of Sweetapple, Broeker & Varkas, P.L., Miami; Justin B. Kaplan of DiFalco, Fernandez & Kaplan, Miami, for Appellants.

Jason R. Teal, General Counsel, and Craig D. Feiser, Assistant General Counsel, Jacksonville, for Appellee.