IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2017-CA-7868
DIVISION: CV-B

LAVERANUES COLES, an individual, and
TROUBLE LIVING LIFE LLC, a Florida
Limited Liability Company,

    Plaintiffs,

v.

CITY OF JACKSONVILLE,

    Defendant.
_____/

## DEFENDANT CITY OF JACKSONVILLE'S ANSWER AND AFFIRMATIVE DEFENSES TO CORRECTED COMPLAINT

Defendant, CITY OF JACKSONVILLE (the "City"), hereby answers and defends the "Corrected Complaint" in the above-entitled action and, in response to the correspondingly numbered paragraphs thereof, states and alleges as follows:

### Parties, Jurisdiction, and Venue

1.     Without knowledge, and therefore denied.

2.     Without knowledge, and therefore denied.

3.     Admitted.

4.     Without knowledge, and therefore denied.

5.     Denied.

6.     Without knowledge, and therefore denied.

7.     Admitted that 5800 Philips Highway is zoned CCG-2.

8.     Without knowledge, and therefore denied.

9. Without knowledge, and therefore denied.

10. Without knowledge, and therefore denied.

11. Denied that the City approved a COU for a bikini bar, otherwise without knowledge, and therefore denied.

12. Without knowledge, and therefore denied.

13. Without knowledge, and therefore denied.

14. Denied.

15. Admitted that that alleged applications speak for themselves, otherwise denied.

16. Admitted that the applications speak for themselves. The remaining allegations in paragraph 16 are denied.

17. The City of Jacksonville's Staff Reports referred to in paragraph 17 speak for themselves.

18. The Staff Report referred to in paragraph 18 speaks for itself, otherwise denied.

19. Admitted.

20. Admitted that the applications were denied; however, the details of the reasons and bases for why the applications were denied, as reflected in the transcripts, speak for themselves.

21. Without knowledge, and therefore denied.

22. Admitted.

23. The transcript of the hearing speaks for itself, otherwise denied.

24. Admitted that the 2015 applications were denied; however, the transcript of the 2015 hearing speaks for itself and details the reasons and bases for why the applications were denied.

2

25. Denied.

## Count I – Promissory Estoppel

26. The City re-alleges and re-incorporates its answers to paragraphs 1-25 herein.

27. Without knowledge of Plaintiffs' expectations or what "representations" are referenced in paragraph 27; denied as to any liability on the part of the City or that the City "dealt" with Plaintiffs unfairly.

28. All allegations in paragraph 28, including subparagraphs a-d, are denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. All allegations in paragraph 33, including subparagraphs a and b, are denied.

34. Denied.

The City expressly denies Plaintiffs are entitled to any relief in the "Wherefore" clause. All allegations not expressly admitted herein are hereby denied.

## **AFFIRMATIVE, SPECIAL AND/OR ALTERNATIVE DEFENSES**

1. The City alleges that Plaintiffs' "Corrected Complaint" and each cause of action therein fails to state a cause of action against the Defendant upon which relief can be granted.

2. The Plaintiffs' claim is not ripe for adjudication because of Plaintiffs' failure to exhaust all administrative remedies regarding the 2014 application and because there has been no final action on the 2015 application.

3. The Plaintiffs' claim is barred by the doctrines of res judicata or issue preclusion due to their failure to appeal the 2014 denial.

4. The Plaintiffs' claim is barred by the applicable statute of limitations.

5. The Plaintiffs' claim is barred by the doctrine of unclean hands.

6. The City reserves the right to assert other defenses or to further allege additional facts to substantiate the defenses asserted herein as discovery proceeds, or both.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**

/s/ Jason R. Teal
**CRAIG D. FEISER**
**Assistant General Counsel**
Florida Bar No.: 164593
**JASON R. TEAL**
**Deputy General Counsel**
Florida Bar No.: 157198
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 630-1700
Facsimile: (904) 630-1316
cfeiser@coj.net; cregister@coj.net
jteal@coj.net; hdugan@coj.net
Attorneys for Defendant, City of Jacksonville

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system, which will send notices of the electronic filing to: Justin B. Kaplan, Esq. and Jessica D. Haayen, Esq., 600 Brickell Ave., Suite 1715, Miami, Florida 33131, jkaplan@kymplaw.com and jhaayen@kymplaw.com.

/s/ Jason R. Teal