UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Coles, et al. v. Konicek & Dillon, P.C., et al
Case No. 3-24-CV-575-WWB-MCR

---

# **EXHIBIT D**

October 29, 2024 Plaintiffs' Response to Defendants' Request for Admissions

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:24-cv-575-WWB-MCR

LAVERANUES COLES, and
TROUBLE LIVIN LIFE, LLC,
a Florida Limited Liability Company,

    Plaintiffs,

vs.

KONICEK & DILLON, P.C.,
an Illinois professional corporation, and
AMIR TAHMASSEBI, ESQ.,

    Defendants.
_____/

## PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSION

Plaintiffs Laveranues Coles and Trouble Livin Life, LLC, by and through undersigned counsel, hereby file this Response to Defendants Konicek & Dillon, P.C.'s and Amir Tahmassebi, Esquire's First Request for Admission to Plaintiffs, dated October 3, 2024, as follows:

## RESPONSES

1. Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2013

    **ANSWER:** Denied.

2. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2013

    **ANSWER:** Denied.

3.  Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2014

**ANSWER:** Admitted.

4.  Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2014

**ANSWER:** Admitted.

5.  Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2015

**ANSWER:** Admitted.

6.  Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2015

**ANSWER:** Admitted.

7.  Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2016

**ANSWER:** Admitted.

8.  Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2016

**ANSWER:** Admitted.

9.  Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2017

**ANSWER:** Admitted.

10. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2017

**ANSWER:** Admitted.

11. Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2018

**ANSWER:** Denied.

12. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2018

**ANSWER:** Denied.

13. Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2019

**ANSWER:** Denied.

14. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2019.

**ANSWER:** Denied.

15. Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2020

**ANSWER:** Denied.

16. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2020

**ANSWER:** Denied.

17. Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2021

**ANSWER:** Denied.

18. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2021

**ANSWER:** Denied.

19. Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2022

**ANSWER:** Denied.

20. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2022

**ANSWER:** Denied.

21. Coles and/or Trouble Livin Life LLC could have operated the subject property as a restaurant without alcohol in 2023

**ANSWER:** Denied.

22. Coles and/or Trouble Livin Life LLC did operate the subject property as a restaurant without alcohol in 2023

**ANSWER:** Denied.

23. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2013

**ANSWER:** Denied.

24. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2013

**ANSWER:** Denied.

25. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2014

**ANSWER:** Admitted.

26. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2014

**ANSWER:** Admitted.

27. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2015

**ANSWER:** Denied.

28. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2015

**ANSWER:** Denied.

29. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2016

**ANSWER:** Denied.

30. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2016

**ANSWER:** Denied.

31. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2017

**ANSWER:** Denied.

32. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2017

**ANSWER:** Denied.

33. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2018

**ANSWER:** Denied.

34. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2018

**ANSWER:** Denied.

35. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2019

**ANSWER:** Denied.

36. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2019

**ANSWER:** Denied.

37. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2020

**ANSWER:** Denied.

38. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2020

**ANSWER:** Denied.

39. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2021

**ANSWER:** Denied.

40. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2021

**ANSWER:** Denied.

41. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2022

**ANSWER:** Denied.

42. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2022

**ANSWER:** Denied.

43. Coles and/or Trouble Livin Life LLC could have operated the subject property as a dancing entertainment establishment without alcohol in 2023

**ANSWER:** Denied.

44. Coles and/or Trouble Livin Life LLC did operate the subject property as a dancing entertainment establishment without alcohol in 2023

**ANSWER:** Denied.

45. Coles and/or Trouble Livin Life LLC sought three administrative zoning and use deviations /exceptions from the City of Jacksonville.

**ANSWER:** Admitted.

46. Coles and/or Trouble Livin Life LLC sought an administrative zoning and use deviations /exceptions from the City of Jacksonville to have fewer parking spaces than the Code required.

**ANSWER:** Admitted.

47. Coles and/or Trouble Livin Life LLC sought an administrative zoning and use deviations /exceptions from the City of Jacksonville for a minimum distance waiver for a liquor license due to the property's proximity to two nearby churches.

**ANSWER:** Admitted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2024, I served the foregoing document by email upon Geralyn M. Passaro, Esq., Litchfield Cavo LLP, 600 Corporate Drive, Suite 600, Fort Lauderdale FL 33334, passaro@litchfieldcavo.com, donaldson@litchfieldcavo.com, caruso@litchfieldcavo.com.

KATZMAN, WASSERMAN,
BENNARDINI & RUBINSTEIN, P.A.
7900 Glades Road, Suite 140
Boca Raton, Florida 33434
Tel.: (561) 477-7774
Fax: (561) 477-7447

By: _____
STEVEN M. KATZMAN
Fla. Bar No.: 375861
smk@kwblaw.com; mrm@kwblaw.com
CHARLES J. BENNARDINI
Fla. Bar No.: 694241
cjb@kwblaw.com; jam@kwblaw